## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number:    08 C 50079

Jeffery A. Lawson v. Det. Robert Veruchi et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Jeffery A. Lawson

| |
|---|
| NAME (Type or print) <br> David Fritts |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/David Fritts |
| FIRM <br> David Fritts |
| STREET ADDRESS <br> 217 N. Dement Ave. |
| CITY/STATE/ZIP <br> Dixon, Illinois 61021 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0888672 | TELEPHONE NUMBER <br> 815.284.1841 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES      NO  x |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES  X  NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES      NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES      NO  x |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |