# United States District Court for the Northern District of Illinois

Case Number: O8 C 50079          Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☑ No Fee   ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____          Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**

☑ Summons          ☐ Alias Summons

☐ Third Party Summons          ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

3 Original and __0__ copies on __5-6-08__ as to __all defts__
(Date)

C:\wpwin80\docket\feeinfo.frm   01/01