NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In the Matter of:

JEFFERY A. LAWSON, Plaintiff

v

RICHARD A. MEYERS, et al.

Case Number: 08 C 50079

**APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**

Winnebago County Sheriff Richard A. Meyers

| | |
|---|---|
| **SIGNATURE:** | /s/ Martin P. Simpson |
| **Name:** | Martin P. Simpson, Assistant State's Attorney |
| **Firm:** | State's Attorney's Office, Civil Division |
| **Street Address:** | 400 West State Street, Suite 804 |
| **City/State/Zip:** | Rockford, Illinois 61101 |
| **Telephone Number:** | 815/319-4713 |
| **Identification Number:** | 6287401 |

**Member of Trial Bar**  Yes XX   No

**Trial Attorney?**  Yes XX   No