STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| JEFFERY A. LAWSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DETECTIVE ROBERT VERUCHI, )<br>Badge No. 167, named in his individual capacity, )<br>THE CITY OF ROCKFORD, an Illinois )<br>Municipal Corporation, and )<br>RICHARD A. MEYERS, )<br>Named in his official capacity as )<br>Sheriff of Winnebago County, )<br>Illinois, )<br>Defendants. ) | 08 C 50079<br><br><br>JUDGE KAPALA<br>MAGISTRATE JUDGE MAHONEY |

## NOTICE OF MOTION

TO:

**Matthew D. Tanner**  **David Fritts**
**Tanner & Lehman LLC**  **217 N. Dement Ave.**
**53 West Jackson Blvd.**  **Dixon, Illinois, 61021**
**Suite 400**
**Chicago, Illinois 60604**

   PLEASE TAKE NOTICE that on June 13, 2007, at 1:30 p.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge P. Michael Mahoney, or whomever may be sitting in his stead, Room 206, in the U.S. District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, and then and there present the attached **RICHARD A. MEYERS 12 (b)(6) MOTION TO DISMISS**, a copy of which is herewith served upon you.

                                             /s/ Martin P. Simpson
                                             Assistant State's Attorney

MARTIN P. SIMPSON, Attorney Reg. No. 6287401
Winnebago County State's Attorney's Office
Assistant State's Attorney
400 W. State St. Suite 804
Rockford, IL 61101

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on January 14, 2008, he caused to be filed through the Court's CM/ECF system a copy of the aforementioned document. Parties of record may obtain a copy of the paper through the Court's CM/ECF system.

/s/ Martin P. Simpson
Assistant State's Attorney