**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY A. LAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No.    08 C 50079 |
| DETECTIVE ROBERT VERUCHI, | ) | |
| Badge No. 167, named in his individual capacity, | ) | Judge Kapala |
| THE CITY OF ROCKFORD, an Illinois | ) | |
| Municipal Corporation, and | ) | Magistrate Judge Mahoney |
| RICHARD A. MEYERS, | ) | |
| named in his official capacity as | ) | |
| Sheriff of Winnebago County, | ) | |
| Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1.      The following persons participated in a Rule 26(f) conference on August 7, 2008

by telephonic conference: Matthew Tanner representing the plaintiff, Assistant City Attorney

Angela Hammer representing defendants Veruchi and City of Rockford; and Assistant State's

Attorney Martin Simpson representing Richard A. Meyers.

2.      Initial Disclosures. The parties will complete by September 15, 2008 the initial

disclosures required by Rule 26(a)(1).

3.      Discovery Plan. The parties propose this discovery plan:

      a.      Discovery will be needed on these subjects: Liability and damages.

      b.      Discovery to commence on September 15, 2008, and fact discovery to be

            completed by March 13, 2009.

      c.      Each party may serve a maximum of 25 interrogatories on other parties,

            with answers due 30 days after being served.

d.      Each party may serve a maximum of 30 requests for admission, with responses due 30 days after being served.

e.      Each party may take a maximum of 10 depositions.

f.      Unless otherwise stipulated or ordered by the court, each deposition is limited to 1 day of 3 hours.

g.      The parties are not currently aware of whether expert testimony may be needed in this matter, and the parties propose that the issue of expert disclosure deadlines be reserved until the close of fact discovery.

h.      The parties propose that deadlines for supplementations under Rule 26(e) be reserved.

4.     Other items:

a.      Not Applicable.

b.      Not Applicable.

c.      Final date for plaintiff to amend pleadings or to join parties is April 15, 2009.

d.      Final dates for defendants to amend pleadings or to join parties is May 15, 2009.

e.      Dispositive motions to be filed by July 15, 2009.

f.      Defendants have indicated they will need to conduct at least limited discovery before being in a position to evaluate settlement potential.

g.      The parties are not currently aware of any alternative dispute resolution procedure that may enhance settlement prospects, but the parties will notify

2

the court if it appears that any such procedure, including the court's involvement, may be helpful.

h.    Parties to submit Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists by 30 days following rulings on dispositive motions.

i.    Objections under Rule 26(a)(3) to be filed within 30 days from service.

j.    The parties suggest a trial date at the Court's convenience, and estimate that the trial will take approximately one week.

Date: August 18, 2008

Respectfully submitted,

 /s/ Matthew D. Tanner
One of the Attorneys for Jeffery W. Lawson

Matthew D. Tanner (6202508)
TANNER & LEHMAN LLC
53 West Jackson Boulevard
Suite 400
Chicago, Illinois 60604
312.588.1970

/s/ Angela Hammer
One of the Attorneys for Det. Robert Veruchi
and The City of Rockford

Angela Hammer
Assistant City Attorney
City of Rockford Legal Department
425 E. State Street
Rockford, Illinois 61104
815.987.5540

/s/ Martin Simpson
One of the Attorneys for Richard A. Meyers

3

Martin Simpson
Assistant State's Attorney
Office of the Winnebago County State's Attorney
Winnebago County Courthouse
400 W. State Street, Suite 804
Rockford, Illinois 61101
815.987.3179